# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MARIE POLKEY SCOTT, et. al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 07-0580-CV-W-DGK |
| ) | |
| WESTERN EXPRESS, INC., ) | |
| ) | |
|     Defendant. ) | |

## ORDER REGARDING DEPOSITION DESIGNATIONS

Pending before the Court are Defendant's Objections to Plaintiff's Deposition Designations (Doc. 204). The Court rules as follows:

1. With respect to objections to Nate Perron's deposition taken September 23, 2008, the Court denies all of the objections.

2. With respect to objections to Danyel Perron's deposition taken September 23, 2008, the Court denies all of the objections, except for the following objections which are granted:

    Page 11, lines 9 – 21.

    Page 14, lines 2 – 19.

    Page 15, lines 14 -25 and page 16 lines 1 – 3.

    Page 17, lines 14 – 25.

    Page 30 lines 14 – 25 and page 31 lines 1 – 4.

3. With respect to Defendant's objections to Melaku Wolde's deposition taken October 15, 2008, the Court denies all of the objections, except for the following which are granted:

    Page 44, lines 9-10.

    Page 75, lines 20-25.

Page 77, lines 12 – 18 and 20 – 25.

Page 78, lines 1 – 7.

Page 95, line 9 – page 99, line 1.

Rulings on other pending objections to deposition designations will be issued in the near future.

**IT IS SO ORDERED.**

Date:   September 14, 2009                    /s/ Greg Kays
                                              GREG KAYS, JUDGE
                                              UNITED STATES DISTRICT COURT